#1300468 I-60 122-57 53243-36

Barry Minnfee Request 1-26-15

Court of criminal Appeals - Judge Sharon Keller -

12-23-14 - wr 53-243-36 - Trct. no W 35-746-05

A. I am writing in regards to Title legal Innocence for

Violations of Tx pc. 32.46. Securing Execution of

Documents by Deception Part (1) FBI 289333 FA3

Offender Signature: Arrested 1986-8-01-S JD Date: 70372 0947

**Grievance Response:**

Agency Police Dept. Amarillo. [ Tx 188 RECEIVED IN COURT OF CRIMINAL APPEALS

Case. 100791 - Charge 11 unlawfull carrying the weapon JAN 30 2015

Count not listed. Released without prosecution 8-01-86

no case - Part 2 Arrested 1987/04/04 S JD 289447 Abel Acosta, Clerk

Agency Police Dept. Amarillo [ Tx 1880100) Case 100791 -

Minnfee Barry Dewayne charge 22.011 court not

listed See Agency case listed 1986-8-01- Part 2 Agency

Case no. 100791 charge 22.011. Filed with the FBI

Affidavit. Larry Lefevre. 901 And 902-9-2004 35-746

05-A- JA169 Unit

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03728947 |
| **TDCJ Number:** | 01300468 |
| **Name:** | MINNFEE,BARRY DWAYNE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1963-09-26 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | ALLRED |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2034-09-18 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

### Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |

Truckmail Envelope
Court of criminal Appeals
P.O. Box 12308
Capitol Station
Austin. Texas 78711-2308

Truckmail Envelope

Truckmail Envelope
Court of criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711-2308